# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 250 WAL 2015
:
Respondent :
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
v. :
:
:
ELISE MARIE BURKS, :
:
Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of November, 2015, the Petition for Allowance of Appeal is **DENIED**.